WILLIAMS, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. April 10, 1908.) Action by Agnes M. Williams against the city of New York. W. L. Bunnell, for appellant. T. Connoly, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

WILSON, Appellant, v. HAFF, Respondent. (Supreme Court, Appellate Division, Second Department. February 28, 1908.) Action by Charlotte M. Wilson against William P. W. Haff. No opinion. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, on the ground that it was error to nonsuit the plaintiff, for as much as she had given evidence tending to establish the connection of the defendant with the contract sued upon.

WINANS, Appellant, v. ROCHESTER RY. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 25, 1908.) Action by Harriet E. Winans against the Rochester Railway Company. No opinion. The case having been twice passed, the said appeal was in each case dismissed, under rule 39 of the general rules of practice.

WINSLOW, Respondent, v. MAYO, Appellant. (Supreme Court, Appellate Division, Second Department. March 11, 1908.) Action by Harry F. Winslow against Marcellus F. Mayo. No opinion. Motion denied.

WIRT v. KRAMER. (Supreme Court, Appellate Division, First Department. April 16, 1908.) Action by John Wirt against Louis Kramer. No opinion. Motion granted, with $10 costs. Order filed.

In re WOODRUFF. WOODRUFF, Appellant, v. WHIPPLE, Com'r, Respondent. (Supreme Court, Appellate Division, Third Department. March 11, 1908.) In the matter of the application of Timothy L. Woodruff for a writ of mandamus against James S. Whipple, as forest, fish, and game commissioner of the state of New York. Action by Timothy L. Woodruff against James S. Whipple, as forest, fish, and game commissioner of the state of New York. No opinion. Order unanimously affirmed, with costs.

WYLIE, Respondent, v. CORTLAND FORGING CO., Appellant. (Supreme Court, Appellate Division, Third Department. March 11, 1908.) Action by George A. Wylie against the Cortland Forging Company.
PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event, on the ground that there is no evidence of defendant's negligence.
KELLOGG, J., concurs in result.

KING, Respondent, v. WILL J. BLOCK AMUSEMENT CO., Appellant. (Supreme Court, Appellate Division, First Department. April 24, 1908.) Action by Alice F. H. King against the Will J. Block Amusement Company. D. Gerber, for appellant. P. N. Turner, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

MOSSA, Appellant, v. MOSSA, Respondent. (Supreme Court, Appellate Division, First Department. January, 1908.) Action by Mary P. Mossa against Rudolph Mossa. No opinion. Order affirmed, with $10 costs and disbursements.

END OF CASES IN VOL. 109.

*